```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0183--CV (JKS)
              "JEROME D. HALL SR V CRAIG TURNBULL"

         Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
     Referral Rule:  4(4)
             Filed: 08/03/05
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (530) Habeas Corpus: General
                    28:2254
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: In Forma Pauperis
          Trial by:
```

Parties of Record:                              Counsel of Record:

PLF 1.1         HALL, JEROME D. SR.             Mary C. Geddes
                                                Federal Public Defender
                                                550 W. 7th Avenue, Suite 1600
                                                Anchorage, AK 99501
                                                907-646-3400
                                                FAX 907-646-3408

DEF 1.1         TURNBULL, CRAIG                 John A. Scukanec
                                                OSPA
                                                310 K Street, Suite 308
                                                Anchorage, AK 99501
                                                907-269-6250

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A05-0183--CV (JKS)
                              "JEROME D. HALL SR V CRAIG TURNBULL"

                                      For all filing dates


   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
     Referral Rule:  4(4)
             Filed:  08/03/05
            Closed:  NO

      Jurisdiction:  (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit:  (530) Habeas Corpus: General
                     28:2254
            Origin:  (1) Original Proceeding
            Demand:
        Filing fee:  In Forma Pauperis
          Trial by:


Document #   Filed     Docket text
_____

    1 -  1   08/03/05  PLF 1 motion (application) to proceed in forma pauperis .

    2 -  1   08/03/05  PLF 1 Petition for Writ of H/C per 28:2254.

    3 -  1   08/03/05  PLF 1 motion for appointment of counsel.

    4 -  1   08/24/05  JKS Order denying motion (application) to proceed in forma pauperis
                       (1-1); petitioner to pay $5 flg fee by 9/23/05 or acrtion will be dsmssd
                       w/o further notice; granting motion for appointment of counsel (3-1);
                       FPD to designate CJA cnsl; ck to sv cy of petition on AAG Suite 308;
                       amended pet/notice of none due 9/23/05; answer due 10/24/05; case
                       referred to MJ Roberts. cc: cnsl, FPD, AAG Suite 308, MJ Roberts

    5 -  1   08/26/05  DEF 1 Attorney Appearance of J. Scukanec.

    6 -  1   09/14/05  PLF 1 Attorney Appearance of M. Geddes (FPD).

 NOTE -  1   09/19/05  Notation: PLF paid filing fee (receipt # 00126610).

    7 -  1   09/23/05  PLF 1 motion on shortened time for 1 day ext of time to amend petition
                       w/att aff.

    8 -  1   09/26/05  JDR Order granting mot on shortened time for 1 day ext of time to amend
                       pet (7-1); amended pet due 9/26/05 by COB. cc: cnsl

    9 -  1   09/26/05  PLF 1 motion on shortened time for a 2nd 1-day extension of time to file
                       amended petition w/att aff.

   10 -  1   09/27/05  JDR Order granting motion on shortened time for a 2nd 1-day extension of
                       time 9/27 to file amended petition (9-1). cc: cnsl

   11 -  1   09/27/05  PLF 1 Petition for Writ of H/C per 28:2254 (Amended).

   12 -  1   10/24/05  DEF 1 motion to dismiss.

   13 -  1   10/24/05  DEF 1 Notice of lodging w/att exhs.


ACRS: R_VDSDX              As of 12/01/05 at 3:30 PM by GARRY                        Page 1
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A05-0183--CV (JKS)
                          "JEROME D. HALL SR V CRAIG TURNBULL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 14 - 1 | 11/14/05 | PLF 1 motion on shortened time for an extension of time until 11/17/05 to file opposition to motion to dismiss w/att aff. |
| 15 - 1 | 11/15/05 | JDR Order granting mot on shortened time for an ext of time until 11/17/05 to file oppo to mot to dismiss (14-1). cc: cnsl |
| 16 - 1 | 11/17/05 | PLF 1 motion on shortened time to for two day extension of time to file opposition to respondents mot to dismiss. |
| 17 - 1 | 11/18/05 | JDR Order granting motion on shortened time to for two day extension of time until 11/21/05 to file opposition to respondents motion to dismiss (16-1).  cc: cnsl |
| 18 - 1 | 11/21/05 | PLF 1 motion on shortened time for a 2 week ext of time to file oppo to mot to dsmss w/att aff. |
| 19 - 1 | 11/22/05 | JDR Order granting motion on shortened time for ext of time to 12/21 to file oppo to mot to dismiss (18-1). cc: cnsl |
| 20 - 1 | 11/22/05 | PLF 1 Notice on shortened time that motion on shortened time for a 2 week ext of time to file oppo to mot to dsmss is unopposed by respondent (18-1). |