John A. Scukanec
Assistant Attorney General
Office of Special Prosecutions & Appeals
310 K Street, Suite 308
Anchorage, Alaska  99501
907-269-6250
Attorney For Respondent



FILED
DEC 12 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

IN THE UNITED STATES DISTRICT COIURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JEROME DAVID HALL, SR.,   )<br>                                                 )<br>              Petitioner,        )<br>                                                 )<br>       vs.                              )<br>                                                 )<br> CRAIG TURNBULL,           )<br>                                                 )<br>              Respondent.      )<br>_____) | Case No. A05-0183 CV (JKS)<br><br>NOTICE OF LODGING OF<br>TRANSCRIPT |

STATE OF ALASKA
DEPARTMENT OF LAW
OFFICE OF SPECIAL PROSECUTIONS AND APPEALS
310 K STREET, SUITE 308
ANCHORAGE, ALASKA  99501
(907) 269-6250

Respondent gives notice that the transcript of the petitioner's trial and the pretrial evidentiary hearing (consisting of one volume) has been lodged with the court. (The evidentiary hearings held pursuant to the Court of Appeals' remand and referenced in Judge Brown's supplemental memorandum and order were not transcribed. Counsel for the respondent is

22

attempting to locate the log notes of the hearings so that a transcript can be prepared if needed by the court.)

Dated December 9th, 2005, at Anchorage, Alaska.

> DAVID W. MÁRQUEZ
> ATTORNEY GENERAL
>
> By: *[signature]*
> John A. Scukanec
> Assistant Attorney General

STATE OF ALASKA
DEPARTMENT OF LAW
OFFICE OF SPECIAL PROSECUTIONS AND APPEALS
310 K STREET, SUITE 308
ANCHORAGE, ALASKA 99501
(907) 269-6250

This is to certify that a copy of the foregoing is being mailed / faxed / delivered to:

*[signature] Mary Geddes*

*[signature] Beth A. Meyer 12/9/05*
Signed                            Dated

2