Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JEROME DAVID HALL, SR.,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>CRAIG TURNBULL,<br><br>　　　　　Respondent. | Case No. 3:05-cv-0183-JKS<br><br>**MOTION FOR TWO ADDITIONAL DAYS TO FILE OBJECTIONS TO INITIAL REPORT AND RECOMMENDATION** |

　　　　Petitioner, Jerome David Hall, Sr., by and through counsel Mary C. Geddes, Assistant Federal Defender, respectfully requests two additional business days to file any objections to the magistrate judge's report and recommendation that the respondent's motion to dismiss be granted. Two additional days are requested because counsel was out of her office for four business days, and also because counsel's office physically moved, during the period for objection.

Mr. Hall contacted the office of respondent's counsel, John Scukanec, for the purpose of ascertaining his position on this request but Mr. Scukanec was out of his office at the time of her call.

DATED this 12th day of April, 2005.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on April 12, 2006, a copy of the foregoing document, with attachments, was served electronically on:

John A. Scukanec, Esq.

/s/ Mary C. Geddes

2