UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JEROME DAVID HALL, SR.,<br><br>           Petitioner,<br><br>vs.<br><br>CRAIG TURNBULL,<br><br>           Respondent. | Case No. 3:05-cv-0183-JKS<br><br>**PROPOSED ORDER GRANTING TWO ADDITIONAL DAYS TO FILE OBJECTIONS TO INITIAL REPORT AND RECOMMENDATION** |

        After due consideration of petitioner's Motion for Additional Days to File Objections to Initial Report and recommendation, the court GRANTS/DENIES the motion. Petitioner's objections shall be due April 14, 2006.

        DATED _____, 2006, in Anchorage, Alaska.

_____
John D. Roberts
United States Magistrate Judge