UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JEROME DAVID HALL, SR.,<br><br>                Petitioner,<br><br>vs.<br><br>CRAIG TURNBULL,<br><br>                Respondent. | Case No. **3:05-cv-00183-JKS-JDR**<br><br>**ORDER GRANTING TWO ADDITIONAL DAYS TO FILE OBJECTIONS TO INITIAL REPORT AND RECOMMENDATION**<br>(Docket No. 25) |

After due consideration of petitioner's Motion for Additional Days to File Objections to Initial Report and recommendation, the court GRANTS the motion. Petitioner's objections shall be due April 14, 2006.

DATED this 12th day of April, 2006, at Anchorage, Alaska.

                                    /s/ John D. Roberts
                                    JOHN D. ROBERTS
                                    United States Magistrate Judge