Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JEROME DAVID HALL, SR.,

     Petitioner,

vs.

CRAIG TURNBULL,

     Respondent.

Case No. 3:05-cv-0183-JKS

**UNOPPOSED MOTION FOR ONE
WEEK EXTENSION OF TIME TO FILE
OBJECTIONS TO INITIAL REPORT
AND RECOMMENDATION**

    Petitioner, Jerome David Hall, Sr., by and through counsel Mary C. Geddes, Assistant

Federal Defender, respectfully requests one additional week to file any objections to the magistrate

judge's report and recommendation that the respondent's motion to dismiss be granted.  One

additional week is required as petitioner's counsel realized today that she did not have the complete

record of trial court proceedings in her file, and she needed to consult that record in her preparation

of her response.  Accordingly, she has requested and will obtain on Monday the missing portion of

the record from Mr. Hall's prior counsel.

Mr. Hall contacted the office of respondent's counsel, John Scukanec, for the purpose of ascertaining his position on this request.  Mr. Scukanec does not opposed her request.

DATED this 14th day of April, 2005.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on April 14, 2006, a copy of the foregoing document, with attachments, was served electronically on:

John A. Scukanec, Esq.

/s/ Mary C. Geddes