UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JEROME DAVID HALL, SR.,<br><br>               Petitioner,<br><br>   vs.<br><br>CRAIG TURNBULL,<br><br>              Respondent. | Case No. 3:05-cv-0183-JKS<br><br>**PROPOSED ORDER GRANTING UNOPPOSED MOTION FOR ONE ADDITIONAL WEEK TO FILE OBJECTIONS TO INITIAL REPORT AND RECOMMENDATION** |

After due consideration of petitioner's Unopposed Motion for One Additional Week to File Objections to Initial Report and Recommendation, the court GRANTS/DENIES the motion. Petitioner's objections shall be due April 21, 2006.

       DATED _____, 2006, in Anchorage, Alaska.

 

_____
John D. Roberts
United States Magistrate Judge