# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JEROME DAVID HALL, SR., | A05-0183 CV (TMB) |
| Petitioner, | **FINAL RECOMMENDATION** |
| vs. | **REGARDING RESPONDENT'S** |
| CRAIG TURNBULL, | **MOTION TO DISMISS** |
| Respondent. | (Docket No.12) |

   The Magistrate Judge has reviewed Mr. Hall's objections to his initial recommendation in the above entitled matter, and the respondent's responses thereto. (Docket Nos. 29 and 30). Nothing in that briefing would cause the Magistrate Judge to modify his initial recommendation that the respondent's motion to dismiss be granted. Rather it is enough to again commend Hall to the case of *Casey v. Moore*, 386 F.3d 896, 911-913 (9th Cir. 2004) where the Ninth Circuit instructs that federal claims must have been presented in the text of the state court brief, accompanied by "some clear indication that the case involves federal issues". The failure to give the state courts such a signal is fatal under the exhaustion requirement. *Id. at* 912-913 n.13. Ergo, Hall's reliance on citation to and discussion of federal cases in *Smith* is misplaced when considered in the context of the exhaustion requirement.

CONCLUSION

For the foregoing reasons the Magistrate Judge hereby declines to modify his recommendation that the respondent's motion to dismiss at docket No. 12 be **GRANTED**.

DATED this 1st day of May, 2006, at Anchorage, Alaska.

      /s/ John D. Roberts
JOHN D. ROBERTS
United States Magistrate Judge