**MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA**

***Jerome Hall v. Craig Turnbull***
Case No.   3:05-cv-183  TMB

By:                        THE HONORABLE TIMOTHY M. BURGESS

<u>PROCEEDINGS</u>:        ORDER FROM CHAMBERS

     Having reviewed Magistrate Judge Roberts'  Initial Report and Recommendation on Defendant's Motion to Dismiss, (Docket No. 24), in conjunction with the parties' respective pleadings, objections, and replies to the Initial Report and Recommendation,  (Docket Nos. 12, 21, 29 & 30 ), and Magistrate Judge Roberts' Final Report and Recommendation, (Docket 31), the Court hereby adopts the Recommendation of Magistrate Judge Roberts in its entirety. Consequently, Defendant's Motion to Dismiss, (Docket No. 12), is hereby **GRANTED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: May 4, 2006